| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | IMAG Video/AV Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-0664868 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**193 Polk Ave., Suite H**<br>**Nashville, TN 37210**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

7. **Describe debtor's business**   A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                                Relationship _____
    District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### ■ Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **IMAG Video/AV Inc.**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 30, 2016**
MM / DD / YYYY

**X /s/ Steven C. Daniels**
Signature of authorized representative of debtor

**Steven C. Daniels**
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Griffin S. Dunham**
Signature of attorney for debtor

Date **December 30, 2016**
MM / DD / YYYY

**Griffin S. Dunham**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2510 Franklin Pike**
**Suite 210**
**Nashville, TN 37204**
Number, Street, City, State & ZIP Code

Contact phone **615.933.5850/615.933.5851**

Email address **griffin@dhnashville.com; ned@dhnashville.com**

**27043**
Bar number and State

Fill in this information to identify the case:

Debtor name: **IMAG Video/AV Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ABSOLUTE AUDIO VISUAL**<br>**315 OUTRAM ROAD**<br>**#04-01**<br>**TANBOON, LIAT BUILDING**<br>**SINGAPORE 169704** | | | | | | **$100,000.00** |
| **ACCURATE STAGING INC.**<br>**840A COWAN STREET**<br>**Nashville, TN 37207** | | | | | | **$25,450.00** |
| **AIRGROUP CORPORATION**<br>**PO BOX 844722**<br>**Dallas, TX 75284-4722** | | | | | | **$10,542.50** |
| **ALLIANCE VENTURE GROUP**<br>**61 JOO KOON CIRCLE**<br>**SINGAPORE 629074** | | | **Disputed** | | | **$799,847.87** |
| **American Express Bankruptcy Notification**<br>**Re: Plum Card**<br>**P.O. Box 98137**<br>**El Paso, TX 79998** | | **Plum Card** | | | | **$64,736.74** |
| **American Express Bankruptcy Notification**<br>**P.O. Box 98137**<br>**El Paso, TX 79998** | | **Platinum Card** | | | | **$9,465.58** |

| Debtor | I-MAG Video/AV Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CAMTUMAN** #9 JLN SERENGAH 26/39 IPARC 2 SEKYN 26 4 SHAH LAAM,, SELANGOR, MALAYSIA | | | | | | $56,604.00 |
| **CHRISTIANE SMALL** 206 Mesquite Circle Copperas Cove, TX 76522 | | | | | | $9,500.00 |
| **CONSERV BUSINESS SERVICES** PO Box 110787 Nashville, TN 37222-0787 | | | Disputed | | | $24,690.31 |
| **EFM MANAGEMENT LTD** UNIT 3 ALPHA WAY THORPE INDUSTRIAL PARK EGHAM TW20 8RZ, SURREY | | | | | | $32,417.00 |
| **GLOSHINE LIMITED** UNIT 1101, 11/F KING CENTRE 23-29 DUNDAS STREET MONGKOK KOWLOON, HONG KONG | | | Disputed | | | $914,703.00 |
| **MEDIATEC** 14 Brooklyn Close Sunberry on the Tames, Middlesex TW16 7DX, England | | | Disputed | | | $320,000.00 |
| **ON TOUR LOGISTICS** P.O. BOX 102197 Atlanta, GA 30368 | | | | | | $24,528.16 |
| **PANASONIC - SINGAPORE** 2 JALAN KILANG BARAT PANASONIC BUILDING SINGAPORE 159346 | | | Disputed | | | $6,656,619.82 |
| **PNC Equipment Finance, LLC** PO BOX 931034 Cleveland, OH 44193-0004 | | | | | | $17,718.75 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:16-bk-09189    Doc 1    Filed 12/31/16    Entered 12/31/16 18:07:47    Desc Main Document    Page 6 of 8

Debtor  **IMAG Video/AV Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SGPS SHOWRIG, INC.**<br>2845 Coleman Street Ste A<br>North Las Vegas, NV 89032 | | | | | | $19,412.75 |
| **Southwest Credit Card**<br>Attn: CARDMEMBER SERVICE<br>PO BOX 94014<br>Palatine, IL 60094-4014 | | | | | | $11,718.52 |
| **Steven C. Daniels**<br>193 Polk Ave., Suite H<br>Nashville, TN 37210 | | | Disputed | | | $3,600,000.00 |
| **TN DEPT OF REVENUE TAX ENFORCEMENT DIVISION**<br>PO BOX 190665<br>Nashville, TN 37219-0665 | | | | | | $22,205.67 |
| **YVETTE MOORE**<br>7510 NW TANGO ROAD<br>Lawton, OK 73505 | | | Disputed | | | $27,500.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re __IMAG Video/AV Inc.__  
                        Debtor(s)

Case No. _____  
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __IMAG Video/AV Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 30, 2016__  
Date

/s/ Griffin S. Dunham  
**Griffin S. Dunham**  
Signature of Attorney or Litigant  
Counsel for __IMAG Video/AV Inc.__  
**Dunham Hildebrand, PLLC**  
**2510 Franklin Pike**  
**Suite 210**  
**Nashville, TN 37204**  
**615.933.5850/615.933.5851 Fax:615-777-3765**  
**griffin@dhnashville.com; ned@dhnashville.com**